Submitted on record and briefs January 23, reversed and remanded for new trial February 26, 1997

In the Matter of John Maham,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

JOHN MAHAM,
*Appellant.*

(8480M; CA A93435)

931 P2d 836

Jay Edwards filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Sharon R. Schooley, Assistant Attorney General, filed the brief for respondent.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Reversed and remanded for new trial. *State v. Allison*, 129 Or App 47, 877 P2d 660 (1994).